**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** and **ANN DOE**<br>PLAINTIFF,<br><br>V.<br><br>**JOHN WILLIAM HELLERSTEDT, MD,** in his official capacity as Executive Commissioner of the **TEXAS DEPARTMENT OF STATE HEALTH SERVICES**,<br><br>**TEXAS DEPARTMENT OF STATE HEALTH SERVICES**, and<br><br>**PLANNED PARENTHOOD CENTER FOR CHOICE, INC.**<br>DEFENDANTS. | **CASE NO.** 4:21-CV-00387 |

**PROPOSED ORDER ON TEMPORARY RESTRAINING ORDER**

On February __, 2021, the Court considered Plaintiffs The Satanic Temple, Inc., and Ann Doe's Emergency Application for Temporary Restraining Order. After considering the pleadings on file, the response (if any), the evidence, and the arguments of counsel, the Court is of the opinion that the Application for Temporary Restraining Order should be and is GRANTED as follows:

(a) The Court finds that the regulations imposed on Planned Parenthood Center for Choice, Inc., as applied to Plaintiff Ann Doe will significantly burden Ms. Doe's practice and expression of a sincerely held religious belief;

(b) It is therefore ORDRED that:

(i) Dr. Hellerstedt and the Commission, including any enforcement arm of the State of Texas, are hereby ENJOINED from enforcing the regulations codified at TEX. HEALTH & S § 171.012(a)(4) and (5) and TEX. HEALTH & S § 171.0122 against Ms. Doe;

(ii) And that Planned Parenthood is hereby ENJOINED from: (a) performing a medically unnecessary sonogram as a precondition to performing an abortion for Ms. Doe; (b) providing Ms. Doe the "opportunity" to view the sonogram results thereby forcing Ms.

Doe to reject such "opportunity"; (c) providing a forced narrative of sonogram results; (d) requiring a waiting period between any sonogram and the abortion procedure; and (e) billing Ms. Doe for a medically unnecessary sonogram;

It is SO ORDERED.

_____
Honorable Judge Presiding

Respectfully submitted,   Date:   February 5, 2021

By:      /s/ Matthew A. Kezhaya
Attorney-in-charge (*pro hac vice* pending)
Matthew A. Kezhaya, ABA # 2014161
Kezhaya Law PLC
1202 NE McClain Road
Bentonville, AR 72712
P: 479-431-6112
Email: matt@kezhaya.law

   /s/ Brad Ryynanen
Brad Ryynanen
Texas Bar No. 24082520
The Ryynanen Law Office, PLLC
515 Centre Street, # 4471
Dallas, TX 75208
P: 214-972-8640
Email: brad@bdrlegal.com