| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-00387 |
|---|---|---|---|

The Satanic Temple, Inc. and Ann Doe

*versus*

John William Hellerstedt, MD, in his official capacity as Executive Commissioner of the Department of State Health Services, the Texas Department of State Health Services, and Planned Parenthood Center for Choice, Inc.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew A. Kezhaya<br>Kezhaya Law PLC<br>1202 McClain Road<br>Bentonville, AR 72712<br>479-431-6112<br>AR # 2014161, MN# 0402193 |
|---|---|

| Name of party applicant seeks to appear for: | The Satanic Temple, Inc. and Ann Doe |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/5/2021 | Signed: /s/ Matthew A. Kezhaya |
|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

United States District Judge