United States District Court
Southern District of Texas
**ENTERED**
February 05, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| The Satanic Temple, Inc., et al. | § | |
| | § | |
| *versus* | § | Civil Action 4:21−cv−00387 |
| | § | |
| John William Hellerstedt MD, et al. | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on February 5, 2021, at Houston, Texas.

_____
Keith P. Ellison
United States District Judge