United States District Court
Southern District of Texas
**ENTERED**
February 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE SATANIC TEMPLE, INC., *et al*, | § |
| Plaintiffs, | § § § |
| VS. | § CIVIL ACTION NO. 4:21-CV-387 |
| JOHN WILLIAM HELLERSTEDT MD, *et al*, | § § § |
| Defendants. | § § |

## RECUSAL ORDER

I stand recused in this case. Deadlines in scheduling orders subsist. Court settings are vacated.

SIGNED at Houston, Texas, this 6th day of February 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE