United States District Court
Southern District of Texas

**ENTERED**
February 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-00387 |
|---|---|---|---|

| The Satanic Temple, Inc. and Ann Doe |
|---|
| *versus* |
| John William Hellerstedt, MD, in his official capacity as Executive Commissioner of the Department of State Health Services, the Texas Department of State Health Services, and Planned Parenthood Center for Choice, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew A. Kezhaya<br>Kezhaya Law PLC<br>1202 McClain Road<br>Bentonville, AR 72712<br>479-431-6112<br>AR # 2014161, MN# 0402193 |
|---|---|

| Name of party applicant seeks to appear for: | The Satanic Temple, Inc. and Ann Doe |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/5/2021 | Signed: /s/ Matthew A. Kezhaya |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 02/08/2021    Clerk's signature   /s/ Jennelle Gonzalez |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 02/11/2021

_/s/ Charles R Eskridge III_
United States District Judge