**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** and **ANN DOE** <br><br> PLAINTIFFS, <br><br> v. <br><br> **TEXAS DEPARTMENT OF STATE HEALTH SERVICES**, and <br><br> **JOHN WILLIAM HELLERSTEDT, MD,** in his official capacity as Executive Commissioner of the **DEPARTMENT OF STATE HEALTH SERVICES.** <br><br> DEFENDANTS. | **CASE NO.** 4:21-CV-00387 <br><br><br> JUDGE CHARLES ESKRIDGE |

**CERTIFICATE OF SERVICE**

**COMES NOW** Plaintiff The Satanic Temple ("**TST**"), by and through counsel Matthew A. Kezhaya (AR # 2014161, *pro hac vice* granted) of Kezhaya Law PLC, and Brad Ryynanen (TX # 24082520), of the Ryynanen Law Office PLLC with this Certificate of Service. Pursuant to the Court's Procedures, Section 1.e, and the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 13), Paragraph 2, the undersigned Plaintiffs' counsel certifies that a copy of the Court's Order for Conference and Disclosure of Interested Parties (Dkt. 13), and a copy of the Court's procedures were served on counsel for Defendants, the Texas Department of State Health Services and John William Hellerstedt, MD, in his official capacity as Executive Commissioner of the Department of State Health Services. This service was effectuated before Defendants' counsel entered an appearance via email on March 4, 2021 with the agreement of Defendants' counsel.

Respectfully submitted,

Date: March 11, 2021

By:    /s/ Matthew A. Kezhaya
Attorney-in-charge (admitted *pro hac vice*)
Matthew A. Kezhaya, ABA # 2014161
Kezhaya Law PLC
1202 NE McClain Road
Bentonville, AR 72712
P: 479-431-6112
Email: matt@kezhaya.law

   /s/ Brad Ryynanen
Brad Ryynanen
Texas Bar No. 24082520
The Ryynanen Law Office, PLLC
515 Centre Street, # 4471
Dallas, TX 75208
P: 214-972-8640
Email: brad@bdrlegal.com