United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE INC and ANN DOE, | § § § | CIVIL ACTION NO. 4:21-cv-00387 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| JOHN WILLIAM HELLERSTEDT MD, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER

The agreed motion to continue initial pretrial conference and Rule 26(f) conference is GRANTED. Dkt 22.

The parties must file the joint discovery/case management plan by May 10, 2021.

The initial conference set for March 31, 2021 is RESET for July 14, 2021. Argument on the forthcoming motion to dismiss will be heard there.

Discovery is STAYED pending resolution of the forthcoming motion to dismiss.

SO ORDERED.

Signed on March 18, 2021, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge