IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **THE SATANIC TEMPLE, INC.** and **ANN DOE** <br><br> PLAINTIFFS, <br><br> v. <br><br> **TEXAS DEPARTMENT OF STATE HEALTH SERVICES**, and <br><br> **JOHN WILLIAM HELLERSTEDT, MD,** in his official capacity as Executive Commissioner of the **DEPARTMENT OF STATE HEALTH SERVICES.** <br><br> DEFENDANTS. | **CASE NO.** 4:21-CV-00387 <br><br><br> JUDGE CHARLES ESKRIDGE |

**[PROPOSED] ORDER ON UNOPPOSED MOTION TO AMEND COMPLAINT**

On May __, 2021, the Court considered Plaintiffs The Satanic Temple, Inc. and Ann Doe's Unopposed Motion to Amend Complaint. Pursuant to the representations in the unopposed motion, Plaintiffs are granted leave to file a Second Amended Complaint on or before May 7, 2021. Defendants shall file responsive pleadings to the Second Amended Complaint on or before May 28, 2021. This order does not alter any other deadlines in the case or the Court's prior orders.

Signed this __ Day of May, 2021.

_____

Hon. Charles Eskridge
