UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| The Satanic Temple, Inc., et al.<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:21–cv–00387 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| John William Hellerstedt, MD, et al.<br>Defendant. | §<br>§ | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 08/05/2021, has been RESET as follows:

Friday, August 6,2021, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002