United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| THE SATANIC TEMPLE INC and ANN DOE,<br>  Plaintiffs, | § § § § § | CIVIL ACTION NO.<br>4:21-cv-00387 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG,<br>  Defendants. | § § § § § § | |

## Minute Entry and Order

Minutes for initial conference.

Parties present by videoconference. The Court addressed the scheduling order and the parties' joint discovery and case management plan. Dkts 14, 27.

The Court addressed the motion to dismiss filed by Defendants Texas Health and Human Services Commission and Cecile Young. Dkt 28.

Plaintiffs The Satanic Temple, Inc and Ann Doe withdrew their claims asserted under Count 2 as to the Equal Protection Clause. They also noted no objection to the dismissal of their claims under Count 4 as to the Texas Religious Freedom and Restoration Act for lack of subject matter jurisdiction. Counts 2 and 4 were DISMISSED WITHOUT PREJUDICE.

Without objection, Texas HHSC was DISMISSED from this action because the TRFRA was the only claim asserted against it.

Argument was heard on the motion to dismiss. Resolution was taken under advisement.

SO ORDERED.

Signed on August 6, 2021, at Houston, Texas.

*[signature: Chas R Eskridge II]*

Hon. Charles Eskridge
United States District Judge