IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, <br>    *Plaintiffs,* <br><br> v. <br><br> TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND CECILE YOUNG, <br>    *Defendants.* | § § § § § § § § § § § | Civil Action No. 4:21-cv-00387 |

**DEFENDANTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND CECILE YOUNG'S NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF ATTORNEY IN CHARGE**

Defendants, Texas Health and Human Services Commission and Cecile Young, ("Defendants") hereby give notice to the Court of the appearance of Ryan G. Kercher as lead counsel in this matter. Mr. Kercher is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas. Defendants respectfully request that Mr. Kercher be served with all future correspondence and pleadings.

                                                                                 Respectfully submitted,

                                                                                 KEN PAXTON
                                                                                 Attorney General of Texas

                                                                                 BRENT WEBSTER
                                                                                  First Assistant Attorney General

                                                                                 GRANT DORFMAN
                                                                                  Deputy First Assistant Attorney General

                                                                                 SHAWN E. COWLES
                                                                                  Deputy Attorney General for Civil Litigation

                                                                                 CHRISTOPHER D. HILTON
                                                                                 Chief, General Litigation Division

/s/ Ryan G. Kercher
RYAN G. KERCHER
Texas Bar No. 24060998
Southern Bar No. 882329
Email: Ryan.Kercher@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2120
Fax: (512) 320-0667

**ATTORNEYS FOR DEFENDANTS TEXAS DEPARTMENT OF STATE HEALTH SERVICES and JOHN WILLIAM HELLERSTEDT, MD, in his official capacity as Executive Commissioner of the DEPARTMENT OF STATE HEALTH SERVICES**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2022 a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Ryan G. Kercher
RYAN G. KERCHER
Assistant Attorney General