

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**RYAN G. KERCHER**　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (512) 463-2120
Assistant Attorney General　　　　　　　　　　　　　　　　　　　　　　　　　　FAX: (512) 320-0667
General Litigation Division　　　　　　　　　　　　　　　　　　EMAIL: Ryan.Kercher@oag.texas.gov

June 3, 2022

*Via CM/ECF:*
Hon. Charles Eskridge
c/o Jennelle Gonzalez
Case Manager to Hon. Charles Eskridge
515 Rusk St., Room 8607
Houston, TX 77002

　　　　Re:　*The Satanic Temple, Inc. and Ann Doe v. Texas Health and Human Services Commission and Cecile Young;* Civil Action No. 4:21-CV-00387, In the U.S. District Court, Southern District of Texas, Houston Division
　　　　　　**ATTORNEY VACATION NOTIFICATION**

Dear Ms. Gonzalez:

Please be advised that I will be out of the office on vacation from July 4, 2022 through July 8, 2022 and August 8, 2022 through August 12, 2022 with limited access to e-mail, phone, and internet. As such, I respectfully request that no documents be filed nor matters set for hearing that require a timed response and/or an appearance which would occur during or including the period I will not be available. Thank you.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　*/s/ Ryan G. Kercher*

　　　　　　　　　　　　　　　　　　　　Ryan G. Kercher
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　General Litigation Division

CC:　　Counsel of Record via CM/ECF