United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE INC and ANN DOE, Plaintiffs, | § § § § § | CIVIL ACTION NO 4:21-cv-00387 |
| vs | § § § | JUDGE CHARLES ESKRIDGE |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, Defendants. | § § § § § | |

## ORDER

This matter was stayed pending ruling by the United States Supreme Court in *Dobbs v Jackson Women's Health Organization*. The parties were also ordered to promptly confer in good faith and file a status report following that ruling. Dkt 32 at 2–3. The parties complied, and their joint status report has been reviewed. Dkt 37.

The request by Plaintiffs for leave to amend their complaint is GRANTED. It's understood that such amendment will withdraw certain claims from this action while adding others. Plaintiffs may, if desired, file a motion for preliminary injunction as noted, if such motion can be brought in conformance with Rule 11. Dkt 32 at 1–2. Defendants may then assert any intended motion to dismiss or other appropriate motion. Id at 2.

The following deadlines pertain:

- By August 22nd, Plaintiffs must file their amended complaint and any motion for preliminary injunction;
- By September 5th, Defendants must respond to

    any motion for preliminary injunction and assert any dispositive motions;

- o By September 19th, Plaintiffs must respond to any dispositive motions and may reply in support of any motion for preliminary injunction; and
- o By September 26th, Defendant may reply in support of any dispositive motions.

 A hearing on any motions will be set as necessary in the Court's discretion.

 This action is otherwise STAYED until further order. Discovery will not proceed during pendency of the above motion practice absent further order.

 SO ORDERED.

Signed on July 13, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge