# 4:21-cv-387

IN THE UNITED STATES DISTRICT COURT,
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

**The Satanic Temple**, Inc. and Ann Doe,
*Plaintiffs-Appellants*

*v.*

Cecile **Young**, health commissioner,
*Defendant-Appellee.*

## NOTICE OF APPEAL



| **Matt Kezhaya** | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

1202 NE McClain Rd. Bentonville, AR  72712

# Notice of appeal

NOTICE IS GIVEN that The Satanic Temple, Inc. respectfully appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order which denies the motion for a temporary restraining order and a preliminary injunction. Dkt 42 (September 7, 2022); 28 USC § 1292(a)(1).

Respectfully submitted,

Matt Kezhaya

# Certificate of service

NOTICE IS GIVEN that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on September 7, 2022, which sends service to registered users, including all other counsel of record in this cause. *Matt Kezhaya*