# 4:21-cv-387

In the United States District Court,
For the Southern District of Texas,
Houston Division

**The Satanic Temple**, Inc. and Ann Doe,
*Plaintiffs-Appellants*

*v.*

Cecile **Young**, health commissioner,
*Defendant-Appellee.*

## Notice of appeal



| **Matt Kezhaya** | matt@crown.law |
|---|---|
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

1202 NE McClain Rd. Bentonville, AR  72712

# Notice of appeal

**NOTICE IS GIVEN** that The Satanic Temple, Inc. respectfully appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order which denies the motion for a temporary restraining order and a preliminary injunction. Dkt 42 (September 7, 2022); 28 USC § 1292(a)(1).

Respectfully submitted,

Matt Kezhaya

# Certificate of service

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on September 7, 2022, which sends service to registered users, including all other counsel of record in this cause. *Matt Kezhaya*