IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00387 |
| | § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND CECILE YOUNG, | § | |
| *Defendants.* | § | |

**DEFENDANTS TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND CECILE YOUNG'S NOTICE OF APPEARANCE OF COUNSEL**

Defendants, Texas Health and Human Services Commission and Cecile Young, ("Defendants") hereby give notice to the Court of the appearance of Heather L. Dyer as counsel in this matter.  Ms. Dyer is admitted to practice in the U.S. District Court for the Southern District of Texas and is a member in good standing of the State Bar of Texas.  Defendants respectfully request that Ms. Dyer be served with all future correspondence and pleadings.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

/s/ *Heather L. Dyer*
**HEATHER L. DYER**
Assistant Attorney General
Texas State Bar No. 24123044
Southern Dist. No. 3678443
Email: heather.dyer@oag.texas.gov
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2120
Fax: (512) 320-0667

**ATTORNEYS FOR DEFENDANTS
TEXAS DEPARTMENT OF STATE
HEALTH SERVICES and JOHN
WILLIAM HELLERSTEDT, MD, in his
official capacity as Executive
Commissioner of the DEPARTMENT OF
STATE HEALTH SERVICES**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022 a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Heather L. Dyer*
**HEATHER L. DYER**
Assistant Attorney General

2