IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, in her official capacity as Executive Commissioner of the HEALTH AND HUMAN SERVICES COMMISSION, | § § § § § § § § | Civil Action No. 4:21-cv-00387 |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULES 12(B)1 AND 12(B)6**

Considering Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), the pleadings and papers before the Court, and the law,

**IT IS ORDERED** that Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of Plaintiffs' claims are **DISMISSED**.

Signed this \_\_\_\_\_ day of _____, 2022

_____
Hon. Charles Eskridge
United States District Judge

1