# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, in her official capacity as Executive Commissioner of the HEALTH AND HUMAN SERVICES COMMISSION, | § § § § § § § § | Civil Action No. 4:21-cv-00387 |
| *Defendants.* | § § | |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants, Texas Health and Human Services Commission and Cecile Young, in her official capacity as Executive Commissioner of the Health and Human Services Commission, (collectively, "Defendants") file this unopposed motion to withdraw Benjamin S. Walton as counsel for Defendants, respectfully showing the following in support:

This case has been administratively reassigned within the Office of the Attorney General. Ryan G. Kercher is now serving as the attorney-in-charge for Defendants, and Heather Dyer is serving as co-counsel. Accordingly, Defendants request that Benjamin S. Walton be permitted to withdraw as counsel for Defendants

in this matter. Plaintiffs do not oppose this withdrawal, and the withdrawal will not prejudice any party.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request this Court to permit Benjamin S. Walton to withdraw as counsel for Defendants in this matter.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Southern District Bar No. 2338094
Assistant Attorney General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(512) 463-2120 – Phone
(512) 320-0667 – Fax
benjamin.walton@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 20, 2022, I conferred via telephone with Matt Kezhaya, counsel for Plaintiffs, regarding the withdrawal of counsel requested in this motion. Mr. Kezhaya advised that Plaintiffs are unopposed.

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Assistant Attorney General