# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, | § § § | CIVIL ACTION NO. 4:21-cv-00387 |
| Plaintiffs, | § § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| vs. | § § § § | |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, in her official capacity as Executive Commissioner of the HEALTH AND HUMAN SERVICES COMMISSION, | § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Counsel (Dkt 47).

After considering the Motion, which is unopposed, the Court grants the requested withdrawal and orders that Benjamin S. Walton is hereby withdrawn as counsel for Defendants in this matter.

SO ORDERED.

Signed on _____, at Houston, Texas.

1

_____
Hon. Charles Eskridge
United States District Judge