United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, <br> Plaintiffs, <br><br> vs. <br><br> TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, in her official capacity as Executive Commissioner of the HEALTH AND HUMAN SERVICES COMMISSION, <br> Defendants. | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. <br> 4:21-cv-00387 <br><br> JUDGE CHARLES ESKRIDGE |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Counsel (Dkt 47).

After considering the Motion, which is unopposed, the Court grants the requested withdrawal and orders that Benjamin S. Walton is hereby withdrawn as counsel for Defendants in this matter.

1

So ordered.

Signed on September 26, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge