United States District Court
Southern District of Texas
**ENTERED**
November 15, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| THE SATANIC TEMPLE INC and ANN DOE, | § § § § | CIVIL ACTION NO 4:21-cv-00387 |
| Plaintiffs, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, | § § § § § | |
| Defendants. | § | |

**ORDER TO SHOW CAUSE**

Lead counsel in this action for Plaintiffs The Satanic Temple Inc and Ann Doe is Matt Kezhaya of Kezhaya Law PLC of Bentonville, Arkansas. He does so by way of admission *pro hac vice*.

His application at the time of approval didn't disclose any sanctions against him. See Dkt 11. Since that time, he has been sanctioned at least twice by other federal courts for his representation of The Satanic Temple. The District of Minnesota imposed Rule 11 sanctions for filing a frivolous lawsuit. See *The Satanic Temple Inc v City of Belle Plaine*, 2021 WL 4199369, *20–21 (D Minn) (on appeal). The District of Massachusetts imposed sanctions for abusive subpoena practice. See *The Satanic Temple Inc v City of Boston*, 2022 WL 1028925, *6–7 (D Mass).

Attorney Matt Kezhaya must SHOW CAUSE why his admission to practice *pro hac vice* before this Court shouldn't be revoked. In doing so, he must fully explain the conduct and rulings in the above two actions. He must also

disclose any other pending or imposed sanctions against him in any court.

Such brief by Attorney Kezhaya must be filed by November 25, 2022.

Defendants may make a responsive filing within seven days of the filing of that brief, if desired. The responsive filing may include argument as to whether (and if so, what) consequences should attend previously submitted filings upon any revocation of *pro hac vice* status.

Kezhaya may reply within five days of the filing of that brief, if desired.

Resolution of pending motions are held in abeyance pending further consideration of this matter. See Dkts 53 (motion by Plaintiffs for Nicholas Henry of Kezhaya Law PLC to appear *pro hac vice*) & 46 (motion by Defendants to dismiss).

SO ORDERED.

Signed on November 15, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge