UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE, INC. and ANN DOE, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:21-cv-387 |
| TEXAS HEALTH AND HUMAN SERVICES COMMISSION and CECILE YOUNG, | § § § § § | |
| Defendants. | § § | |

ORDER

The Request for Frivolity Review and for Reassignment appears to be a motion for reconsideration. It is properly considered by the judge to whom the case was originally randomly assigned. The request, Docket Entry No. 61, is denied.

Ordered this the 29th day of November, 2022.

_____
LEE H. ROSENTHAL
CHIEF JUDGE