United States District Court
Southern District of Texas

**ENTERED**
January 17, 2023

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-00387 |
|---|---|---|---|

| The Satanic Temple, Inc., and Anne Doe |
|---|

| *versus* |
|---|

| John William Hellerstedt, MD, in his official capacity as Executive Commissioner of the Department of State Health Services, and the Texas Department of State Health Services, |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nicholas Henry<br>Kezhaya Law PLC<br>100 S. Fifth St, Suite 1900<br>Minneapolis, MN 55402<br>612-895-3186 nick@crown.law<br>MN# 0395850 |
|---|---|

| Name of party applicant seeks to appear for: | The Satanic Temple, Inc. and Ann Doe |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ___   ___   No ___ ✔ ___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 9/26/2022 | Signed: /s/ Nicholas Henry |
|---|---|

| The state bar reports that the applicant's status is: **Active** |
|---|
| Dated: 11/30/2022 | Clerk's signature /s/ Jennelle Gonzalez |

| **Order** |
|---|

Dated:   January 17, 2023

**This lawyer is admitted *pro hac vice*.**

United States District Judge