United States District Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SATANIC TEMPLE INC and ANN DOE, | § § § | CIVIL ACTION NO. 4:21-cv-00387 |
| Plaintiffs, | § § § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| CECILE YOUNG, Defendant. | § § § | |

## FINAL JUDGMENT

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the order granting motion to dismiss entered this same date. Dkt 67.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on July 3, 2023, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge