# 4:21-cv-387

### In the United States District Court, For the Southern District of Texas, Houston Division

**The Satanic Temple**, Inc. and Ann Doe,
*Plaintiffs-Appellants*

*v.*

Cecile **Young**, health commissioner,
*Defendant-Appellee.*

## Notice of appeal



| **Matt Kezhaya** | matt@crown.law |
| Ark. # 2014161 | direct: (479) 431-6112 |
| Minn. # 0403196 | general: (612) 349-2216 |

150 S. Fifth St., Suite 1850, Minneapolis, MN 55402

**NOTICE IS GIVEN** that Plaintiff-Appellants The Satanic Temple, Inc. and Ann Doe respectfully appeal to the United States Court of Appeals for the Fifth Circuit from this Court's order which finds that Plaintiff-Appellants lack standing to pursue this cause or, alternatively, that the amended complaint does not likely state a claim. Dkt. 67 (July 3, 2023); 28 USC § 1292(a)(1).



**Matt Kezhaya**　　　　　　matt@crown.law
Ark. # 2014161　　　　　　direct: (479) 431-6112
Minn. # 0402193　　　　　general: (612) 276-2216

1850 S. Fifth St., Suite 1850, Minneapolis, MN 55402

## Certificate of service

**NOTICE IS GIVEN** that I, Matt Kezhaya, efiled the foregoing document by uploading it to the Court's CM/ECF system on July 5, 2023, which sends service to registered users, including all other counsel of record in this cause. *Matt Kezhaya*