**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

The Satanic Temple, Inc., et al.

*versus*  Case Number: 4:21–cv–00387

John William Hellerstedt, MD, et al.

# **NOTICE OF NON–COMPLIANCE**

The appellant (or counsel for the appellant, if represented) has failed to:

- Submit the DKT13 transcript order form.

Date: July 20, 2023.

Nathan Ochsner, Clerk