# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
September 07, 2023
Nathan Ochsner, Clerk of Court

No. 23-20329

A True Copy
Certified order issued Sep 07, 2023

Clerk, U.S. Court of Appeals, Fifth Circuit

---

THE SATANIC TEMPLE, INCORPORATED; ANN DOE,

*Plaintiffs—Appellants,*

versus

CECILE YOUNG,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-387

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of September 07, 2023, pursuant to Appellants' unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 07, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20329    Satanic Temple v. Young
                           USDC No. 4:21-CV-387

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc w/encl:
    Ms. Heather Lee Dyer
    Mr. Christopher D. Hilton
    Mr. Ryan Glen Kercher
    Mr. Matt Kezhaya
    Mr. Joseph N. Mazzara