United States Courts
Southern District of Texas
FILED
September 11, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 18, 2023
Lyle W. Cayce
Clerk

No. 22-20459

Certified as a true copy and issued
as the mandate on Sep 11, 2023
Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

THE SATANIC TEMPLE, INCORPORATED,

*Plaintiff—Appellant*,

versus

TEXAS HEALTH AND HUMAN SERVICE COMMISSION; CECILE YOUNG,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-387

---

Before SMITH, HIGGINSON, and WILLETT, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for want of jurisdiction.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 11, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20459    Satanic Temple v. TX Hlth and Human
                          USDC No. 4:21-CV-387

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689

cc:
    Ms. Heather Lee Dyer
    Mr. Christopher D. Hilton
    Mr. Ryan Glen Kercher
    Mr. Matt Kezhaya
    Mr. Joseph N. Mazzara